# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    ROBERT ABELL  
    JANICE L ABELL  
        Debtor(s)

Case No. 08-34076

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/12/2008.

2) The plan was confirmed on 03/02/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/08/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/29/2012.

5) The case was completed on 12/31/2012.

6) Number of months from filing to last payment: 49.

7) Number of months case was pending: 51.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $36,626.00.

10) Amount of unsecured claims discharged without payment: $17,829.02.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $29,806.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $29,806.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,250.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,415.37 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,665.37

Attorney fees paid and disclosed by debtor:   $1,250.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCE AMERICA | OTHER | NA | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 2,350.00 | NA | NA | 0.00 | 0.00 |
| AMEREN ILLINOIS | Unsecured | 4,051.62 | 4,051.62 | 4,051.62 | 3,011.12 | 0.00 |
| ARTURO TOMAS MD | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,072.00 | NA | NA | 0.00 | 0.00 |
| CARDINAL SLEEP CENTERS | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| CASH ADVANCE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CASH TRANSFER CENTER | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| CB ACCOUNTS INC | Unsecured | 22.00 | 480.61 | 480.61 | 357.18 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 135.00 | 134.76 | 134.76 | 100.15 | 0.00 |
| COMMUNITY HOSPITAL OF OTTAWA | Unsecured | 212.68 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| CREDIT RECOVERY | Unsecured | 179.00 | NA | NA | 0.00 | 0.00 |
| CREDIT SOLUTIONS CORP | Unsecured | 479.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| DANBURY MINT | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| EAGLE ATLANTIC FINANCIAL SVC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 500.00 | 510.00 | 510.00 | 379.03 | 0.00 |
| EAST BAY FUNDING | Unsecured | 300.00 | 510.00 | 510.00 | 379.03 | 0.00 |
| ELIZABETH KRAMER | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL PLUS CREDIT UNION | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 354.00 | NA | NA | 0.00 | 0.00 |
| IMPACT CASH USA INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| IMPACT CASH USA INC | Unsecured | 300.00 | 315.00 | 315.00 | 234.10 | 0.00 |
| INSTANT CASH ADVANCE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 78.39 | 78.39 | 58.26 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,875.94 | 2,898.47 | 2,898.47 | 2,898.47 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 677.00 | 677.42 | 677.42 | 503.45 | 0.00 |
| JOSEPH BEN MALLORY MD | Unsecured | 7.00 | NA | NA | 0.00 | 0.00 |
| MEDIACOM | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MENDOTA FIRE & EMS | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION | Unsecured | 271.00 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL MGMT LLC | Secured | 8,250.00 | 8,250.00 | 8,250.00 | 8,250.00 | 835.56 |
| NATIONAL CAPITAL MGMT LLC | Unsecured | NA | 3,432.85 | 3,432.85 | 2,551.26 | 0.00 |
| NATIONAL CAPITAL MGMT LLC | Unsecured | NA | 729.70 | 729.70 | 542.31 | 0.00 |
| NICOR GAS | OTHER | NA | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 644.00 | NA | NA | 0.00 | 0.00 |
| ORKIN PEST CONTROL | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| OTTAWA COMMUNITY HOSPITAL | Unsecured | 526.11 | NA | NA | 0.00 | 0.00 |
| PALMER REIFLER & ASSOC PA | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC CARDIOLOGY ASSOC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 442.00 | 442.92 | 442.92 | 329.17 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 417.00 | 417.94 | 417.94 | 310.61 | 0.00 |
| RAVI SUNDARAM | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 27.00 | 26.73 | 26.73 | 19.87 | 0.00 |
| ROLLINGS | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS MEDICAL | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| THE LITTLE LOAN SHOPPE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE GOLD MASTERCARD | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF HOUSING & UR | Unsecured | 5,214.16 | 5,214.16 | 5,214.16 | 3,875.11 | 0.00 |
| VALUE OPTIONS | Unsecured | 125.78 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT RESIDENTIA | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MTGE | Secured | 3,722.66 | 1,505.95 | 1,505.95 | 1,505.95 | 0.00 |
| WELLS FARGO HOME MTGE | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| WORLDWIDE ASSET PURCHASING | Unsecured | 627.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,505.95 | $1,505.95 | $0.00 |
| Debt Secured by Vehicle | $8,250.00 | $8,250.00 | $835.56 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,755.95** | **$9,755.95** | **$835.56** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,898.47 | $2,898.47 | $0.00 |
| **TOTAL PRIORITY:** | **$2,898.47** | **$2,898.47** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$17,022.10** | **$12,650.65** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,665.37 |
| Disbursements to Creditors | $26,140.63 |
| **TOTAL DISBURSEMENTS** : | **$29,806.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/20/2013        By: /s/ Glenn Stearns
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**